JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUMELL LEE,<br><br>       Plaintiff,<br><br>  vs.<br><br>STANDARD INSURANCE COMPANY,<br><br>       Defendant. | Case No. CV12-7192 DMG (CWx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE [18]** |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that the above-captioned action is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated: August 1, 2013

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE